

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| COLONIALWEBB CONTRACTORS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:11-cv-00735-JRS |
| | ) |
| ILLINOIS UNION INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff ColonialWebb Contractors Company and Defendant Illinois Union Insurance Company hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and as evidenced by the signatures of their respective counsel below, that the above matter and all causes of action and claims brought, or that could have been brought herein between the parties, are hereby dismissed with prejudice.

The parties further stipulate and agree that all rights of appeal shall be, and the same hereby are, waived, and that each party shall bear its own costs, expenses and attorneys' fees incurred in this case.

Upon consideration thereof and for good cause shown, it is hereby:

**ORDERED** that this case and all causes of action and claims brought therein or that could have been brought therein shall be, and the same hereby are, dismissed with prejudice; and it is further

**ORDERED** that all rights of appeal shall be, and the same hereby are, waived by all parties, and that each party shall bear its own costs, expenses and attorneys' fees incurred in this case.

13815049.1

SO ORDERED.

Entered this _14th_ day of _March_, 2012

/s/
_____
James R. Spencer
United States District Judge

Respectfully Submitted,

_____
Louis E. Dolan, Jr. (Va. Bar No. 34437)
Kenneth J. Nichols (Va. Bar No. 71320)
**_Counsel for Defendant_**
**_Illinois Union Insurance Company_**
NIXON PEABODY LLP
401 9th Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8000 (telephone)
(202) 585-8080 (facsimile)
ldolan@nixonpeabody.com
knichols@nixonpeabody.com

_____
Barry A. Hackney (Va. Bar No. 05515)
Chandra D. Lantz (Va. Bar No. 37245)
**_Counsel for Plaintiff_**
**_ColonialWebb Contractors Company_**
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23223
(804) 771-9586 (telephone)
(804) 644-0957 (facsimile)
bhackney@hf-law.com
clantz@hf-law.com

2

13815049.1